IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**VERIZON WIRELESS PARTNERSHIP**
**OF TENNESSEE**                                                                                           **PLAINTIFF**

VS.                                        4:12CV00533 JMM

**GOMEZ BUILDERS, L.L.C.,**
**JOHN DOES 1-10**                                                                                          **DEFENDANTS**

### ORDER

Having been notified that a settlement has been reached in this matter, the Court finds that the complaint and all claims against these Defendants are dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 6th day of May, 2013.

_____
James M. Moody
United States District Judge